LEHMAIER et al., Respondents, v. BETTMAN-JOHNSON CO., Appellant. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Rachel Lehmaier

and others against the Bettman-Johnson Company. C. Seasongood, for appellant. A. Bangser, for respondents.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, P. J., and LAUGHLIN, J., dissent.